**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00601-CV

———————————

## IN RE ML DEV, LP, BLIMP BASE PROJECT, LP, DIXIE FARM PARTNERS, LLP, AND BEAMER ROAD PARTNERS, LLP, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators have filed a petition for writ of mandamus challenging the trial court's April 25, 2024 order severing claims.[1] We deny the petition.

### PER CURIAM

Panel consists of Justices Goodman, Landau, and Countiss.

---

[1] The underlying case is *ML Dev, LP, Blimp Base Project, LP, Dixie Farm Partners, LLP, Beamer Road Partners, LLP, and Elyson Two, LP*, cause number 19-06-25577, pending in the 506th District Court of Waller County, Texas, the Honorable Albert M. McCaig, Jr. presiding.